IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    DEBORAH TYREE HANEY    #15-33203-SHB
Chapter 13

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection.   If you object to the relief requested in this paper, you must file with the clerk of the court at US Bankruptcy Court, 800 Market St., Ste. 330, Knoxville, TN 37902 an objection within thirty (30) days from the date this paper was filed and serve a copy on the Chapter 13 Trustee, PO Box 228, Knoxville, TN 37901 and the debtor(s)' attorney, Richard M. Mayer and/or John P. Newton, 1111 Northshore Dr. S-570, Knoxville, TN 37919-.   If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified.   If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing**.

OBJECTION BY CHAPTER 13 TRUSTEE TO PROOF OF CLAIM
FILED BY US BANK NATIONAL ASSOCIATION C/O SELECT PORTFOLIO SERVICING INC.

US BANK NATIONAL ASSOCIATION C/O SELECT PORTFOLIO SERVICING INC. has filed a secured claim on 02/29/2016 in the amount of $83,792.54 for property at 1905 Wintergreen Dr., Knoxville, TN 37912 ; however, per the terms of the confirmed plan, this property is being surrendered and this creditor is entitled to receive payments under the plan only on an unsecured deficiency claim.   The  plan further provides that any amended deficiency claim in order to relate back to the original claim must be filed within one hundred twenty (120) days from the claim bar date unless the creditor seeks and is granted additional time within which to file an amended deficiency claim.  The  Chapter 13 Trustee, therefore, moves the Court for an Order directing no payments be made on this claim by the Trustee unless an amended deficiency claim is timely filed.

The Trustee does not seek to avoid the lien status, if any, of this creditor.

### SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

  Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Objection, Notice and Proposed Order and hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid on the following individuals as addressed below this __12th__ day of __April__ 2016.

                     /s/ Gwendolyn M. Kerney (by ml w/perm)
                     GWENDOLYN M. KERNEY, #07280
                     Chapter 13 Trustee
                     PO Box 228
                     Knoxville, TN  37901
                     (865) 524-4995

DEBORAH TYREE HANEY/ DEBTOR(S)
7916 WHITCOMB ROAD
POWELL, TN  37849

RICHARD M. MAYER AND/OR JOHN P. NEWTON
LAW OFFICES OF MAYER & NEWTON
1111 NORTHSHORE DR. S-570
KNOXVILLE, TN  37919-

UNITED STATES TRUSTEE
800 MARKET STREET SUITE 114
KNOXVILLE, TN  37902

US BANK NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING INC
ATTN: REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT   84165-0450
CERTIFIED MAIL: 7015 1520 0002 7412 6267

US BANK NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING INC
ATTN: OFFICER OF THE BANK
PO BOX 65250
SALT LAKE CITY, UT 84165-0250
CERTIFIED MAIL: 7015 1520 0002 7412 6274

KYLE STEWART, ATTORNEY
SHAPIRO & INGLE, LLP
10130 PERIMETER PARKWAY SUITE 400
CHARLOTTE, NC 28216

BONNIE S. CULP, ATTORNEY
SHAPIRO & INGLE, LLP
10130 PERIMETER PARKWAY SUITE 400
CHARLOTTE, NC 28216

6. **SECURED CREDITOR CLAIMS** shall be filed and administered in accordance with applicable Federal Rules of Bankruptcy Procedure, including but not limited to Rules 3001 and 3002.1. Per Local Bankruptcy Rule 3001-1 (a) and (b), all creditors asserting a security interest in property of the debtor(s) and/or estate must, prior to the meeting of creditors, file proof that the asserted security interest has been perfected in accordance with applicable law, regardless of whether the plan proposes to pay the claim by the Trustee or directly by the debtor(s). Claims are subject to objection if they are not properly documented and/or perfected regardless of confirmed plan treatment. Claims filed as secured but not given a secured plan treatment hereinafter shall be paid as unsecured.

7. **NON-PURCHASE MONEY SECURITY INTEREST** lien claims of the following creditors are avoided and paid as unsecured: **N/A**

8. **SECURED CLAIMS PAID BY THIRD PARTY:** The Trustee shall make no payments on the following secured lien claims which shall be paid directly by the designated individual; provided, however, in the event of non-payment by the designated individual, an amended deficiency claim shall be allowed unless provided otherwise.

    | Creditor | Collateral | Designated Individual |
    |---|---|---|
    | N/A | | |

9. **SURRENDERED REAL OR PERSONAL PROPERTY:** The debtor(s) surrenders the following collateral for sale/foreclosure by the secured creditor, and, unless noted otherwise, the creditor shall file and be paid an amended unsecured deficiency claim which shall relate back to a _timely_ filed secured claim. In order for the amended deficiency claim to relate back to the original claim, the amended claim must be filed within one hundred twenty (120) days from the claims bar date unless the creditor during this time seeks and is granted additional time within which to file any amended deficiency claim.

    **Creditor**            **Collateral**

    *****Select Portfolio Servicing, Inc.:** Home & lot located at 1905 Wintergreen Drive, Knoxville, TN 37912 shall be **SURRENDERED**. Nothing in this plan term shall prohibit the debtor from objecting to the amount of the deficiency claim.

    **Knox Co. Trustee** Property Taxes for above mentioned home at 1905 Wintergreen Drive, Knoxville, TN 37912. No payments to be paid by Chapter 13 Trustee under this plan.

10. **LONG-TERM SECURED PERSONAL PROPERTY LIEN(S): N/A**

11. **SECURED PERSONAL PROPERTY CLAIMS:** The holders of the following secured liens shall be paid the secured amount, interest rate and monthly payment over the plan term. Any portion of the allowed claim exceeding the specified amount shall be paid as unsecured; provided, however, the lien securing the claim shall be retained until the earlier of: (a) payment of the underlying debt determined under non-bankruptcy law; or (b) discharge under 11 U.S.C. §1328. If this case is dismissed or converted prior to completion, the lien is retained to the extent recognized by applicable non-bankruptcy law. Secured creditors eligible under 11 U.S.C. §1326(a)(1)(C) for pre-confirmation adequate protection payments shall be paid $50.00 a month until confirmation upon tendering the Trustee an adequate protection order.

    | Creditor | Collateral | Amount | Payment | Interest Rate |
    |---|---|---|---|---|
    | Santander Consumer USA | 2012 Nissan Versa | $5,000.00 | $110.00 | 5% |

12. **MORTGAGE CLAIMS:** Mortgage lien holders shall file claims per applicable Federal Rules of Bankruptcy Procedure (FRBP), including but without limitation, Rules 3001 and/or 3002.1. Claims shall be administered and paid by the Trustee in accordance with said rules, absent objection. Mortgage creditors receiving maintenance installments hereunder shall be paid the monthly mortgage installment payment per the claim; and the pre-petition mortgage arrearage claim amount shall be paid in equal monthly installments over the life of the plan unless a greater amount is specified. Creditors filing mortgage claims secured by debtor(s) principal residence shall file: Mortgage Proof of Claim Attachment B10 (Attachment A); Notice of Mortgage Payment Changes on Form B10 (Supplement 1); and Notice of Post-Petition Mortgage Fees, Expenses, and Charges on Form B10 (Supplement 2). The Trustee shall pay any Notice of Payment Change filed per FRBP 3002.1(b) as of its effective date, absent or until resolution of any objection to the same. The Trustee shall pay any Notice of Post-Petition Mortgage Fees,

**Fill in this information to identify the case:**

Debtor 1  Deborah Tyree Haney aka Debi Haney

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE
                                                               (State)

Case number  3:15-bk-33203-SHB

Official Form 410

# Proof of Claim, Reference Only                                                                                  12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1 | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2004-2 |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| 2. | Has this claim been acquired from someone else? | ☒ No |
|---|---|---|
| | | ☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | | **Select Portfolio Servicing, Inc.** | **Select Portfolio Servicing, Inc.** Attn: Remittance Processing |
| | | Name | Name |
| | | **P.O. Box 65250** | **P.O. Box 65450** |
| | | Number      Street | Number      Street |
| | | **Salt Lake City UT 84165-0250** | **Salt Lake City, UT 84165-0450** |
| | | City           State           Zip Code | City           State           Zip Code |
| | | Contact phone 800-258-8602 | Contact phone 800-258-8602 |
| | | Contact email | Contact email |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ |

| 4. | Does this claim amend one already filed? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Claim number on court claims registry (if known) _____  Filed on _____  MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Who made the earlier filing? _____ |

**Part 2** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>XXXXXX0925</u> Atty File #: 15-103649 |
| 7. | How much is the claim? | $83,792.54      **Does this amount include interest or other charges?**<br><br>☐ No – Only if current at filing<br>☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Secured by Note and Deed of Trust<br><br>Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information. |
| 9. | Is all or part of the claim secured? | ☐ No<br>☒ Yes.    The claim is secured by a lien on property.<br>         **Nature of property:**<br>         ☒ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>         ☐ Motor vehicle<br>         ☐ Other. Describe: _____<br>         **Basis for perfection:** <u>Secured by the Note and Deed of Trust for 1905 Wintergreen Dr, Knoxville, TN 37912</u><br>         Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>         **Value of property**:                $_____<br>         **Amount of the claim that is secured:**    $83,792.54<br>         **Amount of the claim that is unsecured:** $_____    (The sum of the secured and unsecured amounts should match the amount in line 7)<br><br>         **Amount necessary to cure any default as of the date of the petition:**    $0.00<br>         **Annual Interest Rate** (when case was filed) <u>6.999%</u><br>         ☒ Fixed<br>         ☐ Variable |
| 10. | Is this claim based on a lease? | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply* | **Amount entitled to priority** |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/2016 and every 3 years after that for cases begun on or after the date of adjustment | |

**Part 3    Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor
☒ I am the creditor's attorney or authorized agent
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004
☐ I am a guarantor, surety, endorser, or other codebtor, Bankruptcy Rule 3005

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  <u>February 29, 2016</u>
                             MM/ DD/ YYYY

<u>/s/Kyle Stewart</u>
Signature

**Print the name of the person who is completing and signing this claim:**

Name        <u>Kyle Stewart</u>
            First name     Middle name     Last name

Title       <u>Attorney</u>

Company     <u>Shapiro & Ingle, LLP, a Tennessee limited liability partnership</u>
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     <u>10130 Perimeter Parkway, Suite 400</u>
            Number              Street

            <u>Charlotte, NC 28216</u>
            City       State     Zip Code

Contact Phone  <u>704-333-8107</u>      Email  <u>ncbkmail@shapiro-ingle.com</u>