

**SO ORDERED.**
**SIGNED this 16th day of May, 2016**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:    DEBORAH TYREE HANEY           #15-33203-SHB
                                         Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY US BANK NATIONAL ASSOCIATION C/O SELECT
PORTFOLIO SERVICING

No response having been filed in opposition to the Trustee's Objection to the secured claim filed by US BANK NATIONAL ASSOCIATION C/O SELECT PORTFOLIO SERVICING, it is hereby **ORDERED** that the Trustee, per the confirmed plan, shall make no payment on the secured claim filed by US BANK NATIONAL ASSOCIATION C/O SELECT PORTFOLIO SERVICING on 02/29/2016 in the amount of $83,792.54 unless the creditor files an amended deficiency claim within 120 days from the claims bar date.   This order does not avoid the lien status, if any, of this creditor.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney  (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995